

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| C & C Road Construction, Inc./SAAB Site Contractors, L.P., | § | No. 08-17-00056-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law No. 6 |
| v. | | |
| | § | of El Paso County, Texas |
| SAAB Site Contractors, L.P./C & C Road Construction, Inc., | § | (TC# 2014DCV2960) |
| | § | |
| Appellees. | § | |
| | § | |

## O R D E R

The reporter's record for the above mentioned cause is incomplete because the substitute court reporter, Lisa DeMello, has not filed her portion of the reporter's record. Ms. DeMello's portion of the reporter's record was due to be filed on May 29, 2017. The Clerk's Office has attempted to communicate with Ms. DeMello about the past due record but has received no response. Appellant's counsel, John Mobbs, has contacted Ms. DeMello to make financial arrangements to pay for the record, but he has not received any response. Therefore, it is the ORDER of this Court that Ms. DeMello communicate with Appellant's counsel immediately and notify him regarding the cost of the record so that payment may be made.

It is further ORDERED that Ms. DeMello prepare and file her portion of the reporter's record with this Court on or before July 14, 2017. Failure to properly prepare and file the reporter's record on or before July 14, 2017 may require this Court to order the trial court to conduct a hearing to determine why the reporter's record has not been filed. The Court may also consider whether it is necessary to issue a show cause order.

IT IS SO ORDERED this 12th day of June, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.